*Hugh W. Cuthbertson*, in support of the petition.

Decided June 11, 1997

ALAN RAPH ET AL. *v.* ALAN R. VOGELER, JR.

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 56 (AC 14262), is denied.

CALLAHAN, C. J., did not participate in the consideration or decision of this petition.

*M. Kate Curran*, in support of the petition.

*Thomas W. Beecher*, in opposition.

Decided June 11, 1997

MAXINE RICHARDSON NISCHAN *v.* CONNECTICUT NATURAL FOOD MART, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 903 (AC 16072), is denied.

*Maxine Richardson Nischan*, pro se, in support of the petition.

*James F. Spallone* and *Michael P. Kamp*, in opposition.

Decided June 11, 1997